UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA                    **STIPULATION OF DISMISSAL**
*ex rel.* DOE,

Plaintiff,
                                            Civil Action No.
                                            17-CV-4460
        - against -

                                            (DeArcy Hall, J)
GENOMIC HEALTH, INC. et al.,                (Levy, M.J.)

Defendants.

– – – – – – – – – – – – – – – – – – X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and subject to the terms and conditions of the September 2023 Settlement Agreement ("Settlement Agreement") between the United States, Relator Doe, and Defendant Genomic Health Inc. ("GHI"): (1) The United States hereby dismisses with prejudice all monetary claims on behalf of the United States against GHI for the Covered Conduct as defined in Recitals Paragraph D of the Settlement Agreement and dismisses without prejudice all other claims in the above referenced action; (2) Relator Doe hereby (a) dismisses with prejudice to Relator Doe all claims in the above referenced action against GHI; (b) dismisses without prejudice to Relator Doe all other claims asserted by Relator Doe in the above-referenced action set forth in Relator Doe's First Amended Complaint; and (3) reserves all

claims on behalf of Relator Doe against GHI under 31 U.S.C. § 3730(d) for attorney's fees, costs and expenses.


Dated: Brooklyn, New York                      BREON PEACE
            September 12, 2023                  UNITED STATES ATTORNEY
                                                Eastern District of New York
                                                271 Cadman Plaza East
                                                Brooklyn, New York 11201

                                     By:        /s/ Anjna Kapoor
                                                Anjna Kapoor
                                                Assistant U.S. Attorney
                                                (718) 254-6190


Dated: Washington, D.C.                         Phillips & Cohen LLP
            September 12, 2023                   Counsel for Relator Doe
                                                2000 Massachusetts Ave NW
                                                Washington, D.C. 20036

                                     By:        /s/ Erika A. Kelton
                                                Erika A. Kelton
                                                Peter P. Budetti
                                                John W. Tremblay
                                                (202) 833-4567


SO ORDERED:
Brooklyn, New York
                    October 2, 2023


                    s/ LDH
_____
HONORABLE LASHANN DEARCY HALL
United States District Judge, E.D.N.Y.